IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 3:20-BK-01132 |
| AFFILIATED CREDITORS, INC. | ) | Judge Charles M. Walker |
| | ) | Chapter 11 |
| Debtor. | ) | |

## AGENDA FOR HEARING ON FIRST DAY MOTIONS

Affiliated Creditors, Inc. ("Debtor") hereby files this AGENDA as a guide to matters that the Debtor has requested be addressed at the Hearing on First Day Motions set for February 27, 2020, Courtroom 2, 701 Broadway Nashville TN 37203. *See* Docket #14 (*EXPEDITED ORDER SETTING AN EXPEDITED HEARING ON FIRST DAY MOTIONS*).

**In the following matters, expedited relief is requested:**

a) *Debtor's Expedited Motion for Entry of Order Authorizing Use of Cash Collateral;*

b) *Debtor's Expedited Motion to Prohibit the Discontinuation of Utility Services, Approve Adequate Assurance of Payment, And Establish Procedures For Additional Adequate Assurance;*

c) *Debtor's Expedited Motion for Extension of Time to File Statements and Schedules;* and

d) *Debtor's Expedited Motion to Maintain Existing Bank Accounts and Business Forms.*

**In the following matters, no expedited relief is sought, and the matters have been filed pursuant to Local Rule 9013-1:**

a) *Application for an Order Approving Employment of Tortola Advisors, LLC as Restructuring and General Business Advisors;* and

b) *Application for Order Approving Employment and Retention of EmergeLaw, PLC as Counsel for Debtor.*

Dated: February 26, 2020.                    Respectfully submitted,

/s/ Robert J. Gonzales
Robert J. Gonzales (robert@emerge.law)
Elliott W. Jones (elliott@emerge.law)
Nancy B. King (nancy@emerge.law)
EmergeLaw, PLC
4000 Hillsboro Pike, Suite 505
Nashville, Tennessee 37215
(615) 953-2629

ATTORNEYS FOR DEBTOR