# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 19-bk-06741 |
| DURA AUTOMOTIVE SYSTEMS, LLC *et al.* ) | Jointly Administered |
| ) | |
| ) | Chapter 11 |
| Debtors. ) | Judge Mashburn |

## APPOINTMENT AND NOTICE OF APPOINTMENT
## OF THE OFFICIAL UNSECURED CREDITORS COMMITTEE

Pursuant to 11 U.S.C. § 1102, the United States Trustee hereby appoints and gives notice of the appointment of the following members to the Official Unsecured Creditors Committee.

MetalKraft Industries
**Aaron Singer**
1944 Shumway Hill Road
Wellsboro, PA 16901
570-724-6800 x129
Aaron@metalkraftpm.com

Lorentson Mfg. Co. SW., Inc.
**John Routt**
PO Box 932
Kokomo, IN 46903
765-452-4425
JRoutt@lorentson.com

MultiTech Industries, Inc.
**Michael Farr**
350 Village Drive Carol Stream, IL 60188
michaelf@argonautpe.com

TF-Metal U.S.A., LLC
**Dolores A. Daidone**
70 Precision Drive
Walton, KY 41094
859-485-3977 x 104
ddaidone@tfmetalus.com

Young Technology, Inc.
**Byung "Brian" Sohn** 900
W. Fullerton Ave. Addison,
IL 60101 630-690-4320
briansohn@ytinc.com

Respectfully submitted,

PAUL A. RANDOLPH,
ACTING U.S. TRUSTEE, REGION 8

/s/ Megan Seliber
Megan Seliber
Trial Attorney
Office of the United States Trustee
701 Broadway, Suite 318
Nashville, TN 37203
(615) 695-4060
megan.seliber@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that I forwarded a true and correct copy of this Appointment by electronic notification to the Debtors' Counsel, to the members of the committee and all registered ECF users who have entered a notice of appearance, on this 1st day of November 2019.

/s/ Megan Seliber
Megan Seliber, Trial Attorney